■ BOHUNKA O. HELD, Respondent, v PETER HELD, Appellant. [608 NYS2d 835] —Order, Supreme Court, New York County (Walter M. Schackman, J.), entered March 10, 1992, which, *inter alia,* restored temporary maintenance of $500 a week in favor of plaintiff, *sua sponte,* unanimously affirmed, without costs.

We perceive no abuse of discretion in the reinstatement of

the temporary maintenance award, and reiterate that "the proper remedy of a party who thinks that temporary support payments ordered are excessive * * * is to press for an early trial" *(Dreyfus v Dreyfus,* 72 AD2d 522). We have considered defendant's remaining contentions and find them to be without merit. Concur—Ellerin, J. P., Wallach, Kupferman and Nardelli, JJ.